UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re

ROBERT FRANCIS XAVIER SILLERMAN,
a/k/a Robert F.X. Sillerman,
a/k/a Robert F. Sillerman,
a/k/a Robert X. Sillerman,

                            Debtor.

-----------------------------------------------------------------X
YANN GERON, as Chapter 7 Trustee of the
Estate of Robert F.X. Sillerman,

                            Plaintiff,

    -against-

LAURA BAUDO SILLERMAN, individually, and
in her capacity as trustee for THE LAURA
SILLERMAN REVOCABLE TRUST, MELINDA
GOULD KONOPKO n/k/a MELINDA GOULD in
her capacity as trustee, additional trustee and/or
successor trustee for THE LAURA SILLERMAN
REVOCABLE TRUST, THE LAURA
SILLERMAN REVOCABLE TRUST, FXM
INVESTMENT CORPORATION, MICHAEL
CLAPP, and "JOHN DOE NO. 1," through "JOHN
DOE NO. 12," the last twelve names being
fictitious and unknown to the plaintiff, the persons
or parties intended being the trustees, additional
trustees and/or successor trustees for THE LAURA
SILLERMAN REVOCABLE TRUST, if any,

                            Defendants.
-----------------------------------------------------------------X

Chapter 7

Case No. 17-13633 (REG)

Adv. Proc. No. 20-01243 (REG)

## STIPULATION AND ORDER EXTENDING TIME
## OF DEFENDANTS TO ANSWER OR OTHERWISE MOVE

      IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff Yann Geron, as Chapter 7 Trustee of the Estate of Robert F.X. Sillerman ("Plaintiff") and defendants Laura Baudo Sillerman, individually, and in her capacity as trustee of The Laura Sillerman Revocable Trust ("Laura Sillerman"), The Laura Sillerman Revocable Trust ("Trust"), and Melinda Gould

Konopko n/k/a Melinda Gould, in her capacity as trustee, additional trustee and/or successor trustee for The Laura Sillerman Revocable Trust ("Melinda Gould"), and together with Laura Sillerman and the Trust, the "Stipulating Defendants"), by and through their respective attorneys, as follows:

1. The time for the Stipulating Defendants to answer or otherwise move with respect to the Complaint, which was previously extended through and including January 15, 2021 by *Stipulation and Order Extending Time of Defendants to Answer or Otherwise Move* dated and entered December 16, 2020 (ECF No. 9), be and the same hereby is further extended through and including February 26, 2021.

2. This Stipulation may be executed in facsimile or electronic counterparts, with the same force and effect as if a single original document were executed.

3. The parties hereto consent to the entry of the stipulation as an order in this proceeding.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: Garden City, New York<br>January 14, 2021 | Dated: New York, New York<br>January 14, 2021 |
| CULLEN AND DYKMAN LLP<br>*Special Litigation Counsel for Plaintiff* | AMINI LLC<br>*Attorneys for Stipulating Defendants* |
| By: /s/ Elizabeth Usinger<br>Elizabeth Usinger<br>Michael Kwiatkowski<br>100 Quentin Roosevelt Blvd.<br>Garden City, New York 11530<br>T: (516) 357-3700<br>F: (516) 357-3792<br>eusinger@cullenllp.com<br>mkwiatkowski@cullenllp.com | By: /s/ Bijan Amini<br>Bijan Amini<br>Casey J. Hail<br>131 West 35th Street, 12th Floor<br>New York, New York 10001<br>T: (212) 490-4700<br>F: (212) 497-8222<br>bamini@aminillc.com<br>chail@aminillc.com |

**SO ORDERED:**

Dated: New York, New York
January \_\_\_\_\_, 2021

_____
Honorable Martin Glenn
United States Bankruptcy Judge